# DE WELL CONTAINER SHIPPING INC.

| | |
|---|---|
| **(2) SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**<br>ARISING ASIA LIMITED EQUIPMENT CO., LTD.<br>ADD:ROOMS 1318-19 13/F HOLLYWOOD PLAZA, 610 NATHAN ROAD,<br>MONGKOK,KOWLOON,HONG KONG. | **INTERNATIONAL BILL OF LADING**<br>NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"<br>**(SPACES IMMEDIATELY DELOW FOR SHIPPER'S MEMORANDA).** |

| (3) CONSIGNEE (COMPLETE NAME AND ADDRESS) | (5) BOOKING NO.<br>1811X022PE09443P1 | (5A) HOUSE BILL OF LADING<br>SXMNS0010051 |
|---|---|---|
| NAOMI HOME<br>3076 N COMMERCE PKWY<br>MIRAMAR FL 33025 UNITED STATES<br>954-519-2555<br>NAOMIHOME@OJCOMMERCE.COM | (6) MASTER BILL OF LADING<br>MEDUX4115218 | (6A) EXPORT REFERENCES |

| (4) NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | (7) FORWARDING AGENT .F.M.C.NO. |
|---|---|
| NAOMI HOME<br>3076 N COMMERCE PKWY<br>MIRAMAR FL 33025 UNITED STATES<br>954-519-2555<br>NAOMIHOME@OJCOMMERCE.COM | (8) POINT AND COUNTRY OF ORIGIN |

| (12) PRE-CARRIAGE | (13) PLACE OF INITIAL RECEIPT*<br>XIAMEN, CHINA | (9) ALSO NOTIFY-ROUTING & INSTRUCTIONS |
|---|---|---|
| (14) VESSEL VOY FLAG<br>MAERSK ESSEX / 246N | (15) PORT OF LOADING<br>XIAMEN ,CHINA | , , |
| (16) PORT OF DISCHARGE<br>LOS ANGELES, CA, US | (17) PORT OF DELIVERY BY ON-CARRIER*<br>LOS ANGELES ,CA, US | |

## PARTICULARS FURNISHED BY SHIPPER

| MKS & NOS/CONTAINER NOS<br>(18) | NO. OF PKGS.<br>(19) | HM** DESCRIPTION OF PACKAGES AND GOODS<br>(20) | GROSS WEIGHT<br>(21) | MEASUREMENT<br>(22) |
|---|---|---|---|---|
| N/M<br>1 x 40HC<br>FREIGHT COLLECT<br>CY/CY<br>SAY TWO HUNDRED AND TWENTY<br>FIVE CARTON(S) ONLY. | 225<br>Carton(s) | SHIPPER LOAD, COUNT AND SEAL<br>FUTON SOFA<br>THE SHIPMENT CONTAINS NO SOLID WOOD<br>PACKING MATERIALS<br><br>DE WELL CONTAINER SHIPPING INC.<br>5553 BANDINI BLVD UNIT A<br>BELL CA 90201 UNITED STATES<br>Tel:+1 310-735-8600 Fax:+1 310-735-8601<br>Email:DOC@DE-WELL.COM | 6750.000<br>KG | 66.380<br>M3 |

*Draft*

| CNTR#<br>FSCU6621030 / 40HC | Seal#<br>FJ15778161 | PKGS<br>225CTN | WEIGHT<br>6750.000KG | CBM<br>66.380M3 |
|---|---|---|---|---|

| (23) Declared Value $_____ if Shipper enters a value, carriers "package" limitation of liability does not apply and the ad valorem rete will be charged | RATE OF EXCHANGE | (24) FREIGHT PAYABLE AT/BY |
|---|---|---|

| ITEM NO | RATED AS | PER | RATE | OREOAUD | COLLECT | LOCAL CURRENCY | |
|---|---|---|---|---|---|---|---|
| | | | | | | | ☐ if this box is checked, goods have been loaded,sto-wed and counted by Shipper Carrier has NOT done so and is not responsible for accuracy of count,conditions or nature of goods described in PARTICULARS FURNISHED BY SHIPPER. |
| | | | | | | | THE RECEIPT, CUSTODY, CARRIER AND DELIVERY OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF AND TO CARRIERS APPLICABLE TARIFF |
| | | TOTAL CHARGES | | | | | In withess where of three (3) original bill of lading all the same tenor and date one of which being accompisthed the orders to stand void, have been issued by De well or its designated agent on behalf of itself. other participating camer, the vessel, her master and Owaers or charterers |

No.of Original B(s)/L: ONE      DATE    24 Nov 2022

**Original Bill - Surrendered at Origin**

\* APPLICABLE ONLY WHEN USED FOR MULTIMODAL OR THROUGH TRANSPORTATION
\*\* INDICATE WHETHER ANY OF THE CARGO IS HAZARDOUS MATERIAL UNDER DOT.IMCO
  OR OTHER REGULATIONS AND INDICATE CORRECT COMMODITY NUMBER IN BOX20.

AT   XIAMEN ,CHINA 24 Nov 2022

BY _____
FOR DE WELL CONTAINER SHIPPING, INC."AS CARRIER"

**Complaint Ex. A**

Case 2:23-cv-00106   Document 1-1   Filed 01/08/23   Page 2 of 10   Page ID #:11

Case 2:23-cv-00106   Document 1-1   Filed 01/08/23   Page 2 of 10   Page ID #:11

# DE WELL CONTAINER SHIPPING, INC.

| | |
|---|---|
| **(2) SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**<br>GUANGZHOU BAIYUN DISTRICT BO YI DECORATIVE PAINTING FACTORY<br>NO.5 DONGYUAN STREET, DONGPING DONG FENG XI ROAD, YONGPING STREET, BAIYUN DISTRICT, GUANGZHOU CHINA | **INTERNATIONAL BILL OF LADING**<br>NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"<br>**(SPACES IMMEDIATELY DELOW FOR SHIPPER'S MEMORANDA).** |

| (3) CONSIGNEE (COMPLETE NAME AND ADDRESS)<br>NAOMI HOME<br>3076 N COMMERCE PKWY<br>MIRAMAR FL 33025 UNITED STATES<br>954-519-2555<br>NAOMIHOME@OJCOMMERCE.COM | (5) BOOKING NO.<br>025C795552 | (5A) HOUSE BILL OF LADING<br>SSNZS0040916 |
|---|---|---|
| | (6) MASTER BILL OF LADING<br>025C795552 | (6A) EXPORT REFERENCES |

| (4) NOTIFY PARTY (COMPLETE NAME AND ADDRESS)<br>NAOMI HOME<br>3076 N COMMERCE PKWY<br>MIRAMAR FL 33025 UNITED STATES<br>954-519-2555<br>NAOMIHOME@OJCOMMERCE.COM | (7) FORWARDING AGENT .F.M.C.NO. |
|---|---|
| | (8) POINT AND COUNTRY OF ORIGIN |

| (12) PRE-CARRIAGE | (13) PLACE OF INITIAL RECEIPT*<br>SHEKOU, CHINA | (9) ALSO NOTIFY-ROUTING & INSTRUCTIONS |
|---|---|---|
| (14) VESSEL VOY FLAG<br>WAN HAI A07 / E001 | (15) PORT OF LOADING<br>SHEKOU ,CHINA | |
| (16) PORT OF DISCHARGE<br>LONG BEACH, CA, US | (17) PORT OF DELIVERY BY ON-CARRIER*<br>EL MONTE,CA,91731 | |

### PARTICULARS FURNISHED BY SHIPPER

| MKS & NOS/CONTAINER NOS<br>(18) | NO. OF PKGS.<br>(19) | HM** DESCRIPTION OF PACKAGES AND GOODS<br>(20) | GROSS WEIGHT<br>(21) | MEASUREMENT<br>(22) |
|---|---|---|---|---|
| N/M<br>1 x 40HC<br>FREIGHT COLLECT<br>CY/DOOR<br>SAY FOUR HUNDRED AND SIXTY CARTON(S) ONLY. | 460<br>Carton(s) | SHIPPER LOAD, COUNT AND SEAL<br>MIRRORS<br>THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS<br>DE WELL CONTAINER SHIPPING INC.<br>5553 BANDINI BLVD UNIT A<br>BELL CA 90201 UNITED STATES<br>Tel:+1 310-735-8600 Fax:+1 310-735-8601<br>Email:DOC@DE-WELL.COM | 12440.000<br>KG<br>WHSU6872630/WHLJ632197 | 66.700<br>M3 |

(23) Declared Value $_____ if Shipper enters a value, carriers "package" limitation of liability does not apply and the ad valorem rete will be charged

| RATE OF EXCHANGE | (24) FREIGHT PAYABLE AT/BY |
|---|---|

| ITEM NO | RATED AS | PER | RATE | OREOAUD | COLLECT | LOCAL CURRENCY | |
|---|---|---|---|---|---|---|---|
| | | | | | | | ☐ if this box is checked, goods have been loaded,sto-wed and counted by Shipper Carrier has NOT done so and is not responsible for accuracy of count,conditions or nature of goods described in PARTICULARS FURNISHED BY SHIPPER. |
| | | | | | | | THE RECEIPT, CUSTODY, CARRIER AND DELIVERY OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF AND TO CARRIERS APPLICABLE TARIFF |
| | | TOTAL CHARGES | | | | | In withess where of three (3) original bill of lading all the same tenor and date one of which being accompisthed the orders to stand void, have been issued by De well or its designated agent on behalf of itself. other participating camer, the vessel, her master and Owaers or charterers |

No.of Original B(s)/L: ONE      DATE      06 Nov 2022

**Original Bill - Surrendered at Origin**

\* APPLICABLE ONLY WHEN USED FOR MULTIMODAL OR THROUGH TRANSPORTATION
\*\* INDICATE WHETHER ANY OF THE CARGO IS HAZARDOUS MATERIAL UNDER DOT.IMCO OR OTHER REGULATIONS AND INDICATE CORRECT COMMODITY NUMBER IN BOX20.

AT   SHEKOU ,CHINA 06 Nov 2022

BY   _____

FOR DE WELL CONTAINER SHIPPING, INC."AS CARRIER"

# DE WELL CONTAINER SHIPPING, INC.

| (2) SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | |
|---|---|---|
| XIAMEN LAIYANG IMPORT AND EXPORT CO.,LTD.<br>UNIT B5-1,FLOOR 6,XIANGYU BUILDING,<br>NUMBER 22, XIANGXING ROAD 4,<br>MODERN LOGISTICS PARK (BONDED AREA), XIAMEN | **INTERNATIONAL BILL OF LADING**<br>NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"<br>**(SPACES IMMEDIATELY DELOW FOR SHIPPER'S MEMORANDA).** | |
| (3) CONSIGNEE (COMPLETE NAME AND ADDRESS)<br>NAOMI HOME<br>3076 N COMMERCE PKWY<br>MIRAMAR FL 33025 UNITED STATES<br>954-519-2555<br>NAOMIHOME@OJCOMMERCE.COM | (5) BOOKING NO.<br>1811X022PE09380P1 | (5A) HOUSE BILL OF LADING<br>SXMNS0010050 |
| | (6) MASTER BILL OF LADING<br>MEDUX4106258 | (6A) EXPORT REFERENCES |
| (4) NOTIFY PARTY (COMPLETE NAME AND ADDRESS)<br>NAOMI HOME<br>3076 N COMMERCE PKWY<br>MIRAMAR FL 33025 UNITED STATES<br>954-519-2555<br>NAOMIHOME@OJCOMMERCE.COM | (7) FORWARDING AGENT .F.M.C.NO. | |
| | (8) POINT AND COUNTRY OF ORIGIN | |
| (12) PRE-CARRIAGE | (13) PLACE OF INITIAL RECEIPT*<br>XIAMEN, CHINA | (9) ALSO NOTIFY-ROUTING & INSTRUCTIONS |
| (14) VESSEL  VOY  FLAG<br>MAERSK ESSEX / 246N | (15) PORT OF LOADING<br>XIAMEN ,CHINA | , , |
| (16) PORT OF DISCHARGE<br>LOS ANGELES, CA, US | (17) PORT OF DELIVERY BY ON-CARRIER*<br>LOS ANGELES ,CA, US | |

### PARTICULARS FURNISHED BY SHIPPER

| MKS & NOS/CONTAINER NOS (18) | NO. OF PKGS. (19) | HM** DESCRIPTION OF PACKAGES AND GOODS (20) | GROSS WEIGHT (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| N/M<br><br>1 x 40HC<br>FREIGHT COLLECT<br>CY/CY<br>SAY ONE HUNDRED AND TEN<br>PACKAGE(S) ONLY. | 110<br>Package(s) | SHIPPER LOAD, COUNT AND SEAL<br>SOFA<br>THE SHIPMENT CONTAINS NO SOLID WOOD<br>PACKING MATERIALS<br><br>DE WELL CONTAINER SHIPPING INC.<br>5553 BANDINI BLVD UNIT A<br>BELL CA 90201 UNITED STATES<br>Tel:+1 310-735-8600 Fax:+1 310-735-8601<br>Email:DOC@DE-WELL.COM | 4598.000<br>KG | 63.800<br>M3 |

Draft

| CNTR#<br>GLDU7208342 / 40HC | Seal#<br>FJ15777214 | PKGS<br>110PKG | WEIGHT<br>4598.000KG | CBM<br>63.800M3 |
|---|---|---|---|---|

| (23) Declared Value $_____ if Shipper enters a value, carriers "package" limitation of liability does not apply and the ad valorem rete will be charged | RATE OF EXCHANGE | (24) FREIGHT PAYABLE AT/BY |
|---|---|---|

| ITEM NO | RATED AS | PER | RATE | OREOAUD | COLLECT | LOCAL CURRENCY | |
|---|---|---|---|---|---|---|---|
| | | | | | | | ☐ if this box is checked, goods have been loaded,sto-wed and counted by Shipper Carrier has NOT done so and is not responsible for accuracy of count,conditions or nature of goods described in PARTICULARS FURNISHED BY SHIPPER. |
| | | | | | | | THE RECEIPT, CUSTODY, CARRIER AND DELIVERY OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF AND TO CARRIERS APPLICABLE TARIFF |
| | | TOTAL CHARGES | | | | | In withess where of three (3) original bill of lading all the same tenor and date one of which being accompistthed the orders to stand void, have been issued by De well or its designated agent on behalf of itself. other participating camer, the vessel, her master and Owaers or charterers |

No.of Original B(s)/L: ONE       DATE    24 Nov 2022

**Original Bill - Surrendered at Origin**

* APPLICABLE ONLY WHEN USED FOR MULTIMODAL OR THROUGH TRANSPORTATION
** INDICATE WHETHER ANY OF THE CARGO IS HAZARDOUS MATERIAL UNDER DOT.IMCO
   OR OTHER REGULATIONS AND INDICATE CORRECT COMMODITY NUMBER IN BOX20.

AT   XIAMEN ,CHINA 24 Nov 2022
_____

BY   _____
FOR DE WELL CONTAINER SHIPPING, INC."AS CARRIER"

# DE WELL CONTAINER SHIPPING, INC.

**INTERNATIONAL BILL OF LADING**
NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"
**(SPACES IMMEDIATELY DELOW FOR SHIPPER'S MEMORANDA).**

| (2) SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | |
|---|---|
| ZHONGSHAN SUNSHINE ELECTRICAL APPLIANCE TECH CO.,LTD.<br>NO. 2, YONGYI ROAD 3, YONGXING INDUSTRIAL AREA, HENGLAN TOWN, ZHONGSHAN, GUANGDONG, 528478, CHINA | |

| (3) CONSIGNEE (COMPLETE NAME AND ADDRESS) | (5) BOOKING NO. | (5A) HOUSE BILL OF LADING |
|---|---|---|
| NAOMI HOME<br>3076 N COMMERCE PKWY<br>MIRAMAR FL 33025 UNITED STATES<br>954-519-2555<br>NAOMIHOME@OJCOMMERCE.COM | 025C785586 | SSNZS0040917 |
| | (6) MASTER BILL OF LADING | (6A) EXPORT REFERENCES |
| | 025C785586 | |

| (4) NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | (7) FORWARDING AGENT .F.M.C.NO. |
|---|---|
| NAOMI HOME<br>3076 N COMMERCE PKWY<br>MIRAMAR FL 33025 UNITED STATES<br>954-519-2555<br>NAOMIHOME@OJCOMMERCE.COM | |
| | (8) POINT AND COUNTRY OF ORIGIN |

| (12) PRE-CARRIAGE | (13) PLACE OF INITIAL RECEIPT*<br>SHEKOU, CHINA | (9) ALSO NOTIFY-ROUTING & INSTRUCTIONS |
|---|---|---|
| (14) VESSEL VOY FLAG<br>WAN HAI A07 / E001 | (15) PORT OF LOADING<br>SHEKOU ,CHINA | |
| (16) PORT OF DISCHARGE<br>LONG BEACH, CA, US | (17) PORT OF DELIVERY BY ON-CARRIER*<br>EL MONTE,CA,91731 | |

## PARTICULARS FURNISHED BY SHIPPER

| MKS & NOS/CONTAINER NOS (18) | NO. OF PKGS. (19) | HM** DESCRIPTION OF PACKAGES AND GOODS (20) | GROSS WEIGHT (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| N/M<br>1 x 40HC<br>FREIGHT COLLECT<br>CY/DOOR<br>SAY FOUR HUNDRED AND SIXTY CARTON(S) ONLY. | 460<br>Carton(s) | SHIPPER LOAD, COUNT AND SEAL<br>ELECTRIC FIREPLACE<br>THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS<br>DE WELL CONTAINER SHIPPING INC.<br>5553 BANDINI BLVD UNIT A<br>BELL CA 90201 UNITED STATES<br>Tel:+1 310-735-8600 Fax:+1 310-735-8601<br>Email:DOC@DE-WELL.COM | 12558<br>KG | 68.4<br>M3<br>WHSU6598895/WHLP353464 |

(23) Declared Value $_____ if Shipper enters a value, carriers "package" limitation of liability does not apply and the ad valorem rete will be charged

| RATE OF EXCHANGE | (24) FREIGHT PAYABLE AT/BY |
|---|---|

| ITEM NO | RATED AS | PER | RATE | OREOAUD | COLLECT | LOCAL CURRENCY |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | TOTAL CHARGES | | | | |

☐ if this box is checked, goods have been loaded, sto-wed and counted by Shipper Carrier has NOT done so and is not responsible for accuracy of count, conditions or nature of goods described in PARTICULARS FURNISHED BY SHIPPER.

THE RECEIPT, CUSTODY, CARRIER AND DELIVERY OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF AND TO CARRIERS APPLICABLE TARIFF

In withess where of three (3) original bill of lading all the same tenor and date one of which being accompisthed the orders to stand void, have been issued by De well or its designated agent on behalf of itself. other participating camer, the vessel, her master and Owaers or charterers

No.of Original B(s)/L: ONE     DATE     07 Nov 2022

**Original Bill - Surrendered at Origin**

* APPLICABLE ONLY WHEN USED FOR MULTIMODAL OR THROUGH TRANSPORTATION
** INDICATE WHETHER ANY OF THE CARGO IS HAZARDOUS MATERIAL UNDER DOT.IMCO OR OTHER REGULATIONS AND INDICATE CORRECT COMMODITY NUMBER IN BOX20.

AT  SHEKOU ,CHINA 07 Nov 2022

BY _____

FOR DE WELL CONTAINER SHIPPING, INC."AS CARRIER"

*Draft*

# DE WELL CONTAINER SHIPPING, INC.

**INTERNATIONAL BILL OF LADING**
NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"
**(SPACES IMMEDIATELY DELOW FOR SHIPPER'S MEMORANDA).**

| (2) SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | |
|---|---|
| ARISING ASIA LIMITED EQUIPMENT CO., LTD.<br>ADD:ROOMS 1318-19 13/F HOLLYWOOD PLAZA, 610 NATHAN ROAD,<br>MONGKOK,KOWLOON,HONG KONG. | |

| (3) CONSIGNEE (COMPLETE NAME AND ADDRESS) | (5) BOOKING NO.<br>1811X022PE09442P1 | (5A) HOUSE BILL OF LADING<br>SXMNS0010236 |
|---|---|---|
| NAOMI HOME<br>3076 N COMMERCE PKWY<br>MIRAMAR FL 33025 UNITED STATES<br>954-519-2555<br>NAOMIHOME@OJCOMMERCE.COM | (6) MASTER BILL OF LADING<br><br>MEDUX4115200 | (6A) EXPORT REFERENCES |

| (4) NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | (7) FORWARDING AGENT .F.M.C.NO. |
|---|---|
| NAOMI HOME<br>3076 N COMMERCE PKWY<br>MIRAMAR FL 33025 UNITED STATES<br>954-519-2555<br>NAOMIHOME@OJCOMMERCE.COM | (8) POINT AND COUNTRY OF ORIGIN |

| (12) PRE-CARRIAGE | (13) PLACE OF INITIAL RECEIPT*<br>XIAMEN, CHINA | (9) ALSO NOTIFY-ROUTING & INSTRUCTIONS |
|---|---|---|
| (14) VESSEL  VOY  FLAG<br>MAERSK ESSEX / 246N | (15) PORT OF LOADING<br>XIAMEN ,CHINA | , , |
| (16) PORT OF DISCHARGE<br>LOS ANGELES, CA, US | (17) PORT OF DELIVERY BY ON-CARRIER*<br>LOS ANGELES ,CA, US | |

## PARTICULARS FURNISHED BY SHIPPER

| MKS & NOS/CONTAINER NOS (18) | NO. OF PKGS. (19) | HM** DESCRIPTION OF PACKAGES AND GOODS (20) | GROSS WEIGHT (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| N/M<br>2 x 40HC<br>FREIGHT COLLECT<br>CY/CY<br>SAY FIVE HUNDRED AND FORTY EIGHT CARTON(S) ONLY. | 548<br>Carton(s) | SHIPPER LOAD, COUNT AND SEAL<br>FUTON SOFA<br>THE SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS<br><br>DE WELL CONTAINER SHIPPING INC.<br>5553 BANDINI BLVD UNIT A<br>BELL CA 90201 UNITED STATES<br>Tel:+1 310-735-8600 Fax:+1 310-735-8601<br>Email:DOC@DE-WELL.COM | 12906<br>KG | 128.23<br>M3 |

| CNTR# | Seal# | PKGS | WEIGHT | CBM |
|---|---|---|---|---|
| MSMU5351302 / 40HC | FJ16191236 | 352CTN | 6928.000KG | 61.000M3 |
| FSCU8375189 / 40HC | FJ16191332 | 196CTN | 5978.000KG | 67.23M3 |

| (23) Declared Value $_____ if Shipper enters a value, carriers "package" limitation of liability does not apply and the ad valorem rete will be charged | RATE OF EXCHANGE | (24) FREIGHT PAYABLE AT/BY |
|---|---|---|

| ITEM NO | RATED AS | PER | RATE | OREOAUD | COLLECT | LOCAL CURRENCY | |
|---|---|---|---|---|---|---|---|
| | | | | | | | ☐ if this box is checked, goods have been loaded,sto-wed and counted by Shipper Carrier has NOT done so and is not responsible for accuracy of count,conditions or nature of goods described in PARTICULARS FURNISHED BY SHIPPER. |
| | | | | | | | THE RECEIPT, CUSTODY, CARRIER AND DELIVERY OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF AND TO CARRIERS APPLICABLE TARIFF |
| | | TOTAL CHARGES | | | | | In withess where of three (3) original bill of lading all the same tenor and date one of which being accompistked the orders to stand void, have been issued by De well or its designated agent on behalf of itself. other participating camer, the vessel, her master and Owaers or charterers |

No.of Original B(s)/L: ONE    DATE    24 Nov 2022

**Original Bill - Surrendered at Origin**

\* APPLICABLE ONLY WHEN USED FOR MULTIMODAL OR THROUGH TRANSPORTATION
\*\* INDICATE WHETHER ANY OF THE CARGO IS HAZARDOUS MATERIAL UNDER DOT.IMCO OR OTHER REGULATIONS AND INDICATE CORRECT COMMODITY NUMBER IN BOX20.

AT  XIAMEN ,CHINA 24 Nov 2022

BY _____

FOR DE WELL CONTAINER SHIPPING, INC."AS CARRIER"

Draft

# DE WELL CONTAINER SHIPPING, INC.

| (2) SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | |
|---|---|---|
| EVER GLORY (XIAMEN) IMP & EXP CO.,LTD.<br>1/F-2,NO.5 ZHENAN VILLAGE,XIAMEN AREA OF<br>CHINA(FUJIAN)PILOT FREE TRADE ZONE | **INTERNATIONAL BILL OF LADING**<br>NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"<br>**(SPACES IMMEDIATELY DELOW FOR SHIPPER'S MEMORANDA).** | |
| (3) CONSIGNEE (COMPLETE NAME AND ADDRESS)<br>NAOMI HOME<br>3076 N COMMERCE PKWY<br>MIRAMAR FL 33025 UNITED STATES<br>954-519-2555<br>NAOMIHOME@OJCOMMERCE.COM | (5) BOOKING NO. | (5A) HOUSE BILL OF LADING<br>SFOCS0002350 |
| | (6) MASTER BILL OF LADING<br><br>028C507246 | (6A) EXPORT REFERENCES |
| (4) NOTIFY PARTY (COMPLETE NAME AND ADDRESS)<br>NAOMI HOME<br>3076 N COMMERCE PKWY<br>MIRAMAR FL 33025 UNITED STATES<br>954-519-2555<br>NAOMIHOME@OJCOMMERCE.COM | (7) FORWARDING AGENT .F.M.C.NO. | |
| | (8) POINT AND COUNTRY OF ORIGIN | |
| (12) PRE-CARRIAGE | (13) PLACE OF INITIAL RECEIPT*<br>FUZHOU, CHINA | (9) ALSO NOTIFY-ROUTING & INSTRUCTIONS |
| (14) VESSEL VOY FLAG<br>ZE YUAN / C173 | (15) PORT OF LOADING<br>FUZHOU ,CHINA | , , |
| (16) PORT OF DISCHARGE<br>LONG BEACH, CA, US | (17) PORT OF DELIVERY BY ON-CARRIER*<br>EL MONTE,CA,91731 US | |

## PARTICULARS FURNISHED BY SHIPPER

| MKS & NOS/CONTAINER NOS<br>(18) | NO. OF PKGS.<br>(19) | HM** DESCRIPTION OF PACKAGES AND GOODS<br>(20) | GROSS WEIGHT<br>(21) | MEASUREMENT<br>(22) |
|---|---|---|---|---|
| N/M<br>4 x 40HC<br>FREIGHT PREPAID<br>CY/DOOR<br>SAY TWO THOUSAND, EIGHT<br>HUNDRED AND SEVEN CARTON(S)<br>ONLY. | 2807<br>Carton(s) | SHIPPER LOAD, COUNT AND SEAL<br>CARLY OFFICE CABINET<br>PARKER 5 DRAWER CABINET<br>ELANI DESK<br>ELSY DESK<br>PO#8803590638/8848652771/8813938952/8806257561<br>THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL<br><br>DE WELL CONTAINER SHIPPING INC.<br>5553 BANDINI BLVD UNIT A<br>BELL CA 90201 UNITED STATES<br>Tel:+1 310-735-8600 Fax:+1 310-735-8601<br>Email:DOC@DE-WELL.COM | 81684<br>KG | 231.09<br>M3 |

| CNTR# | Seal# | PKGS | WEIGHT | CBM |
|---|---|---|---|---|
| WHSU5838796 / 40HC | WHLM740915 | 1200CTN | 20760KG | 56.81M3 |
| FBLU0221540 / 40HC | WHLM740916 | 746CTN | 20888KG | 60.49M3 |
| UETU5851068 / 40HC | WHLM740917 | 430CTN | 20210KG | 56.83M3 |
| WHSU5223430 / 40HC | WHLM740918 | 431CTN | 19826KG | 56.96M3 |

| (23) Declared Value $_____ if Shipper enters a value, carriers "package" limitation of liability does not apply and the ad valorem rete will be charged | RATE OF EXCHANGE | (24) FREIGHT PAYABLE AT/BY |
|---|---|---|

| ITEM NO | RATED AS | PER | RATE | OREOAUD | COLLECT | LOCAL CURRENCY | |
|---|---|---|---|---|---|---|---|
| | | | | | | | ☐ if this box is checked, goods have been loaded,sto-wed and counted by Shipper Carrier has NOT done so and is not responsible for accuracy of count,conditions or nature of goods described in PARTICULARS FURNISHED BY SHIPPER. |
| | | | | | | | THE RECEIPT, CUSTODY, CARRIER AND DELIVERY OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF AND TO CARRIERS APPLICABLE TARIFF |
| | | TOTAL CHARGES | | | | | In witness where of three (3) original bill of lading all the same tenor and date one of which being accompisthed the orders to stand void, have been issued by De well or its designated agent on behalf of itself. other participating camer, the vessel, her master and Owaers or charterers |

No.of Original B(s)/L: ONE     DATE     29 Oct 2022

**Express Bill of Lading**

\* APPLICABLE ONLY WHEN USED FOR MULTIMODAL OR THROUGH TRANSPORTATION
\*\* INDICATE WHETHER ANY OF THE CARGO IS HAZARDOUS MATERIAL UNDER DOT.IMCO OR OTHER REGULATIONS AND INDICATE CORRECT COMMODITY NUMBER IN BOX20.

AT   FUZHOU ,CHINA 29 Oct 2022
_____

BY _____

FOR DE WELL CONTAINER SHIPPING, INC."AS CARRIER"

*Draft*